UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10 CV 6816 |
| v. | ) | |
| | ) | Honorable James F. Holderman |
| LORETTA B. MEALY, executor of estate of | ) | |
| Terrence L. Mealy, deceased; MODERN | ) | |
| WAREHOUSING, LLC; WAREHOUSE | ) | |
| DISTRIBUTING, LLC; MUSSER STREET | ) | |
| INVESTMENTS, LC; and HOTEL | ) | |
| ENTERPRISES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR APPROVAL OF THE FINAL REPORT OF THE RECEIVER,
REIMBURSEMENT OF RECEIVER'S EXPENSES,
PAYMENT OF RECEIVER'S FEES AND
PAYMENT OF RECEIVER'S COUNSEL'S FEES**

The Receiver, Daniel F. Dooley (the "Receiver"), pursuant to Local Rule 66.1 of the Local Rules for the United States District Court for the Northern District of Illinois, and pursuant to Court Order, respectfully moves this Court as follows:

1. The Receiver has herewith filed the Final Report of the Receiver, summarizing the activities performed by the Receiver from October 1, 2011 through December 15, 2011.

2. The Receiver hereby requests this Court approve the Final Report of the Receiver.

3. The Receiver hereby requests the Court's approval of the Receiver's fees for the term October 1, 2011 through December 15, 2011. The amount requested for the Receiver's fees is $79,912.50. (See Final Report of the Receiver at Exhibit F).

4. The Receiver hereby requests the Court's approval for reimbursement of the Receiver's expenses for the term of October 1, 2011 through December 15, 2011. The amount requested for the Receiver's expenses is $227.84. (See Final Report of the Receiver at Exhibit F).

5.     In addition, the Receiver hereby requests the Court's approval for reimbursement of the Receiver's expenses for title insurance fees. The amount requested is $4,195.00[1]. (See Final Report of the Receiver at Exhibit E).

6.     Further, the Receiver requests the court's approval of the final legal fees of Receiver's counsel, Carlson Dash, LLC ("Carlson Dash"). (See Final Report of the Receiver at Exhibit E). The Receiver hereby requests the Court's approval of payment to Carlson Dash in the amount of $8,188.00.

7.     In addition, the Receiver requests final approval of all of this Court's previous awards of the Receiver's fees and expenses, and any other fees that have been approved by this Court at the Receiver's request.

WHEREFORE, Daniel F. Dooley, as the Court appointed Receiver, respectfully requests that this Court enter an order granting his Motion for Approval of the Final Report of the Receiver, Reimbursement of Receiver's Expenses, Payment of Receiver's Fees, and Payment of Receiver's Counsel's Fees, and for such other relief as is equitable and just.

                                                               DANIEL F. DOOLEY, Not Individually but as Court Appointed Receiver

                                                               By:     s/Autumn L. Sharp
                                                                              One of His Attorneys

Kurt M. Carlson (ARDC # 6236568)
Autumn L. Sharp (ARDC # 6288591)
CARLSON DASH, LLC
216 South Jefferson St., Suite 504
Chicago, Illinois  60661
312.382.1600

---

[1] The Receiver incurred expenses of $4,195.00 for title insurance for Modern and Warehouse, which was paid by the Receiver on December 8, 2011 (see Final Report of the Receiver at Exhibit E).