Order Form (01/2005)

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6816 | **DATE** | 12/22/2011 |
| **CASE TITLE** | Bank of America vs. Loretta B. Mealy et al | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Receiver's motion for approval of the final report of the receiver, reimbursement of receiver's expenses, payment of receiver's fees and payment of receiver's counsel fees [120] is granted. ENTER AGREED ORDER.

■ [ For further detail see separate order(s).]    Notices mailed

00:10

| | Courtroom Deputy Initials: | AMM |
|---|---|---|